JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER C.,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.  8:21-cv-00306-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Acting Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  May 11, 2022

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge